**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.  EDCV 10-00157 VAP(OPx)           Date:  January 28, 2011

Title:  LI LE, AN INDIVIDUAL -v- ING BANK, FSB, A FEDERALLY CHARTERED SAVINGS BANK DOING BUSINESS AS ING DIRECT; DOES 1-100, INCLUSIVE

==============================================================

PRESENT:  HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None | None |

PROCEEDINGS:  MINUTE ORDER ORDERING DEFENDANT TO SHOW CAUSE (IN CHAMBERS)

     On February 1, 2010, Defendant ING Bank, FSB, ("Defendant") removed this action from the California Superior Court for the County of Riverside to this Court. (<u>See</u> Doc. No. 1.)  On March 16, 2010, Defendant filed its answer and counterclaim against Plaintiff Li Le ("Plaintiff").  (Doc. No. 10.)  After Plaintiff's counsel failed to appear at the Court-ordered scheduling conference, the Court dismissed the action for failure to prosecute.  (<u>See</u> Doc. No. 12.)  On May 14, 2010, Plaintiff moved to set aside the Court's order dismissing the action.  (Doc. No. 13.)  The Court granted Plaintiff's Motion on August 9, 2010.  (Doc. No. 22.)

EDCV 10-00157 VAP(OPx)
LI LE, AN INDIVIDUAL v. ING BANK, FSB, A FEDERALLY CHARTERED SAVINGS BANK DOING BUSINESS AS ING DIRECT; DOES 1-100, INCLUSIVE
MINUTE ORDER of January 28, 2011

On October 13, 2010, Plaintiff filed a "Notice of Filing Bankruptcy" ("Notice") and a "Stipulation to Dismiss Case" ("Stipulation").  (Doc. Nos. 24, 25.)  The Stipulation indicates that Defendant's counterclaim against Plaintiff "remain[s] pending and [is] unaffected by the dismissal."  (Doc. No. 25, Stip., at 2.)  Moreover, in the Notice, Plaintiff asserts that the Defendant's counterclaim against Plaintiff is stayed.  (Doc. No. 24, Not., at 2.)

Defendant has not, however, filed any documents with the Court indicating whether its counterclaim against Plaintiff is stayed under the automatic stay provisions of the bankruptcy code.  Accordingly, Defendant is ORDERED to show cause, in writing, why its counterclaim against Plaintiff should not be dismissed for failure to prosecute.  Defendant may respond to this order by filing a status update, indicating whether the automatic stay provision applies to Defendant's counterclaim, with the Court no later than February 10, 2011.

**IT IS SO ORDERED.**